AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 02 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Pat Huddleston II, Receiver for Coadum Advisors ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:09-CV-2976-ODE |
| Cala Group International, Inc., et al ) | |
| *Defendant* ) | MC-10-005-CI |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/16/2010__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 4-14-2010

CLERK OF COURT   **JAMES N. HATTEN**

_____
*Signature of Clerk or Deputy Clerk*

**RECEIVED**

JUN - 2 2010

CLERK, U.S. DISTRICT COURT
SPOKANE, WA



FEB 16 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAT HUDDLESTON II, Receiver for Coadum Advisors, Inc., Mansell Capital Partners III, LLC, Coadum Capital Fund 1, LLC, Coadum Capital Fund II LP, Coadum Capital Fund III, LP and Mansell Acquisition Company, LP,<br><br>Plaintiff,<br><br>v.<br><br>CALA GROUP INTERNATIONAL, INC.; JAMES F. CRIGLER; KIRK KELLOWAY; CAPITAL FINANCIAL HOLDINGS, INC., d.b.a. "CAPITAL FINANCIAL SERVICES"; BRADLEY P. WELLS; COASTAL PARTNERS, LLC; JAMES C. ENNIS; DAYSTAR HOLDINGS, INC.; TIMOTHY LAWLER; GFT COMPANY, LLC; GERALD FAY; INDEPENDENT FINANCIAL CONSULTANTS, LLC; SUZANNE WONDERLY; CYNTHIA IVERSON; MICHAEL REIS; RODGER ROWLEY; RT & ASSOCIATES; ROBERT TOUCHARD; JOHN GRACIK; CRAIG SCHWARTEN; STEFAN TRADING CORPORATION; and STEPHEN RUSSO,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.<br>1:09-CV-2976-ODE<br><br><br><br><br>ATTEST: A TRUE COPY<br>CERTIFIED THIS<br><br>MAR 17 2010<br><br>James N. Hatten, Clerk<br>By  |

### DEFAULT JUDGMENT AGAINST DEFENDANT COASTAL PARTNERS, LLC

Defendant Coastal Partners, LLC, having failed to plead or otherwise defend this action, and default having been entered against it, pursuant to Rule 55 of the

- 8 -

Federal Rules of Civil Procedure; upon application and affidavit by the plaintiff that Defendant Coastal Partners, LLC is indebted to the plaintiff in the principal sum of $100,495.22, plus interest from the date of judgment as provided by law, and plaintiff's claim is for a sum certain or for a certain amount that be determined from the complaint; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff shall recover from Defendant Coastal Partners, LLC the sum of $100,495.22 plus interest from the date of judgment as provided by law from the date of the judgment until the entire amount is paid.

This judgment is entered and said amount is due in accordance with Rule 55 of the Federal Rules of Civil Procedure.

This 16th day of February, 2010.

JAMES N. HATTEN, CLERK OF COURT

By: _____
Deputy Clerk

Prepared by:
Jennifer Snow
THE HUDDLESTON LAW FIRM
1300 Ridenour Boulevard, Suite 200
Kennesaw, GA 30152
(770) 919-8003
(770) 874-0888 – facsimile
jsnow@huddlestonfirm.com